No. 80–1008.  ILLINOIS *v.* BAYLES.  Sup. Ct. Ill.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.  JUSTICE BLACKMUN would grant certiorari.

No. 79–1977.  RODRIGUEZ *v.* COMPASS SHIPPING CO., LTD., ET AL.; PEREZ *v.* ARYA NATIONAL SHIPPING LINE, LTD.; and BARULEC *v.* OVE SKOU, R. A., 451 U. S. 596;

    No. 80–5693.  CRAWFORD *v.* TEXAS, 452 U. S. 931;

    No. 80–6214.  DUFFIELD *v.* UNITED STATES, 451 U. S. 1019;

    No. 80–6324.  MILTON *v.* TEXAS, 451 U. S. 1031; and

    No. 80–6542.  COLLIER *v.* LOS ANGELES SOUTHWEST COLLEGE, 452 U. S. 919.  Petitions for rehearing denied.

No. 80–1313.  LAMPKIN-ASAM *v.* FLORIDA TEACHING PROFESSION-NATIONAL EDUCATION ASSN., 451 U. S. 978.  Motion of appellant to defer consideration of petition for rehearing denied.  Petition for rehearing denied.

No. 80–1534.  OCHS *v.* UNITED STATES, 451 U. S. 1016. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.

JULY 14, 1981

No. 80–2097.  POTTER INSTRUMENT CO., INC. *v.* STORAGE TECHNOLOGY CORP. ET AL.  C. A. 4th Cir.  Certiorari dismissed as to Telex Computer Products, Inc., under this Court's Rule 53.